510

James Wayne **PICKETT**, Appellant, v. **STATE** of Texas, Appellee.

No. 26300.

Court of Criminal Appeals of Texas.

March 18, 1953.

Alex P. Pope, Tyler, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, six months in jail.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The offense is driving an automobile upon a public highway while intoxicated; the punishment, a fine of $100.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts and bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.